B6F (Official Form 6F) (12/07)

In re **Alan Henry Johnston,**
      **Lark Ramsay Johnston**                                                         Case No. __**10-11230**__
_____,
                                        Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community / H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-1222** <br><br> **Advanta Bank** <br> **PO Box 8088** <br> **Philadelphia, PA 19101** | | J | **2006** <br> **BUSINESS DEBT:credit card** | | | | **7,424.00** |
| Account No. <br><br> **Alamance County Clerk of Superior Court** <br> **Civil Division** <br> **1 Court Square** <br> **Graham, NC 27253** | | J | **BUSINESS DEBT RELATED: notices only for court case pending in Alamance County, NC 09 CvS 1604** | | | | **0.00** |
| Account No. <br><br> **Alamance Regional Medical Center** <br> **PO.Box 203** <br> **Burlington, NC 27216** | | J | **1/2010** <br> **PERSONAL DEBT:medical bill** | | | | **925.37** |
| Account No. **xxxxxxxxxxxx3303** <br><br> **American Express** <br> **PO Box 981537** <br> **El Paso, TX 79998** | | J | **9/1990** <br> **PERSONAL DEBT; credit card debt** <br> ***Note: account number on credit report is different. The account number on credit report is 3499912055651123** | | | | **15,450.00** |
| __**6**__ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | **23,799.37** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    S/N:33983-100802   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Alan Henry Johnston,**
**Lark Ramsay Johnston**,
Debtors

Case No. **10-11230**

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx7663<br><br>**American Express**<br>**PO Box 981537**<br>**El Paso, TX 79998** | | W | 9/1990<br>**BUSINESS DEBT: charged off credit card debt** | | | | 1,128.00 |
| Account No. xxxx-xxxxxx-x2009<br><br>**AMEX Blue**<br>**PO Box 360001**<br>**Fort Lauderdale, FL 33336** | | J | 2005<br>**BUSINESS DEBT: credit card** | | | | 20,770.00 |
| Account No. xxxx-xxxxxx-x1005<br><br>**AMEX Gold**<br>**PO Box 360001**<br>**Fort Lauderdale, FL 33336** | | J | 2004<br>**BUSINESS DEBT: credit card** | | | | 11,287.08 |
| Account No. xxx-xxx-xxxx xxx 1913<br><br>**AT&T**<br>**PO Box 105262**<br>**Atlanta, GA 30348** | | J | 12/2004<br>**BUSINESS DEBT: account balance** | | | | 493.50 |
| Account No. xxxxxxxx4284<br><br>**Bank of America**<br>**4060 Ogletown Stanton Rd**<br>**Newark, DE 19713** | | J | 5/2008<br>**PERSONAL DEBT:credit card** | | | | 4,874.00 |

Sheet no. **1** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **38,552.58**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Alan Henry Johnston,**
       **Lark Ramsay Johnston**                                     Case No.  **10-11230**
_____,
                            Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx0001**  **Capital One**  PO Box 105474  Atlanta, GA 30348 | | J | **unknown**  **BUSINESS DEBT: credit card** | | | | **26,808.00** |
| Account No. **xxxx-xxxx-xxxx-0481**  **Capital One**  PO Box 70884  Charlotte, NC 28272 | | J | **7/2008**  **BUSINESS DEBT: credit card** | | | | **2,267.00** |
| Account No. **unknown**  **Carolina Parenting**  2125 Soutrhend Dr.  Ste 253  Charlotte, NC 28207 | | J | **12-2008**  **PERSONAL DEBT:account balance** | | | | **464.00** |
| Account No. **xxxx-xxxx-xxxx-4958**  **Chase**  PO Box 15153  Wilmington, DE 19886 | | J | **unknown**  **BUSINESS DEBT: credit card** | | | | **13,802.00** |
| Account No. **xxxxxxxx0000**  **Chase Bank USA**  800 Brooksedge Blvd  Westerville, OH 43081 | | J | **1/2005**  **PERSONAL DEBT:credit card debt** | | | | **5,006.00** |

Sheet no. __2__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **48,347.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Alan Henry Johnston,**
**Lark Ramsay Johnston** ,
Debtors

Case No. **10-11230**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx0570<br><br>Chase Bank USA<br>800 Brooksedge Blvd<br>Saint Clair Shores, MI 48081 | | J | 6/2008<br>PERSONAL DEBT:credit card debt | | | | 1,855.00 |
| Account No. xxxxxxxx1502<br><br>Citibank<br>PO Box 6241<br>Sioux Falls, SD 57117 | | J | 9/2007<br>BUSINESS DEBT: credit card | | | | 13,569.00 |
| Account No. xxxxxxxx0304<br><br>Citibank Universal Card<br>8787 Baypine Road<br>Jacksonville, FL 32256 | | J | 9/2006<br>PERSONAL DEBT:credit card debt | | | | 6,778.00 |
| Account No. xxxxxxxx1502<br><br>CitiFlex<br>PO Box 6241<br>Sioux Falls, SD 57117 | | J | 9/2007<br>BUSINESS DEBT: credit card debt (THIS DEBT IS THE SAME AS CITIBANK ACCOUNT LISTED ABOVE. (IT WAS LISTED ON CREDIT REPORT UNDER DIFFERENT NAME BUT IS ACTUALLY THE SAME ACCOUNT) | | | | 0.00 |
| Account No. xxxxxx6492<br><br>Duke Energy<br>PO box 70515<br>Charlotte, NC 28272 | | J | 12/2004<br>BUSINESS DEBT: utility service at Spa Sublime, Inc. | | | | 503.89 |

Sheet no. **3** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**22,705.89**

B6F (Official Form 6F) (12/07) - Cont.

In re **Alan Henry Johnston,**
**Lark Ramsay Johnston**
                                            ,
Debtors

Case No. **10-11230**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **G-Keck Ltd. vs. Johnston**<br><br>**E. Lawson Brown, Jr.**<br>**Vernon, Vernon, Wooten, Brown**<br>**PO Drawer 2958**<br>**Burlington, NC 27215** | | J | **2009**<br>**BUSINESS DEBT RELATED: notices only regarding outstanding lawsuit pending** | | | | **0.00** |
| Account No. **none**<br><br>**Fire Salon**<br>**2438 Tribek Court**<br>**Burlington, NC 27215** | | J | **BUSINESS DEBT: contingent liability arising from sale of hydratherapy tub to debtors and their business known as Spa Sublime, Inc.** | X | | | **0.00** |
| Account No. **xxxxxxxx1887**<br><br>**First Data Merchant Services**<br>**c.o Allen & Associates**<br>**147 Willis Ave**<br>**Mineola, NY 11501** | | J | **unk**<br>**BUSINESS DEBT: account balance** | | | | **1,311.00** |
| Account No. **none**<br><br>**G Keck Limited Partnership**<br>**c/o Lawson Brown, Attorney**<br>**PO Box 2958**<br>**Burlington, NC 27216** | | J | **3/2009**<br>**BUSINESS DEBT: past due rents under Commercial Lease Agreement Guaranty for Spa Sublime (female debtor's former business)** | | | | **62,137.05** |
| Account No. **Spa Sublime,Inc.**<br><br>**Gilliam, Coble & Moser**<br>**813 Chapel Hill Road**<br>**Burlington, NC 27216** | | J | **4/2008**<br>**BUSINESS DEBT: accounting fees for Spa Sublime, Inc.** | | | | **10,983.00** |

Sheet no. **4** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **74,431.05**

B6F (Official Form 6F) (12/07) - Cont.

In re **Alan Henry Johnston,**
**Lark Ramsay Johnston**
_____,
Debtors

Case No. **10-11230**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx6094** <br><br> **MBNA** <br> **4060 Ogletown Stanton Rd** <br> **Newark, DE 19713** | | J | **12/1993** <br> **PERSONAL DEBT: credit card debt** | | | | **10,159.00** |
| Account No. **xxxxxx2077** <br><br> **MidCarolina Bank** <br> **3101 South Church Street** <br> **Burlington, NC 27215** | | W | **12/2008** <br> **BUSINESS DEBT: overdraft protection Judgment entered in Alamance County file numbner 2009 CVM 1388** | | | | **5,100.00** |
| Account No. **xxxxxx8420** <br><br> **MidCarolina Bank** <br> **3101 South Church Street** <br> **Burlington, NC 27215** | | J | **10/2005** <br> **BUSINESS DEBT: overdraft account** | | | | **3,415.58** |
| Account No. **unk** <br><br> **Muzak** <br> **3318 Lakemont Blvd** <br> **Fort Mill, SC 29708** | | J | **12/2004** <br> **BUSINESS DEBT:account balance** | | | | **2,400.00** |
| Account No. **xxxxxxxxxxxx0381** <br><br> **Southeast Toyota Finance** <br> **PO BOx 70832** <br> **Charlotte, NC 28272** | | J | **4/30/2008** <br> **BUSINESS DEBT:deficiency balance on 2008 Toyota Camry returned to lessor** | X | | | **0.00** |

Sheet no. **5** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **21,074.58**

B6F (Official Form 6F) (12/07) - Cont.

In re **Alan Henry Johnston,
Lark Ramsay Johnston**, Case No. **10-11230**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx0412**<br><br>**Suntrust**<br>**PO Box 4418**<br>**Atlanta, GA 30302** | | J | **7/2003**<br>**PERSONAL DEBT:credit card debt** | | | | 1,660.00 |
| Account No.<br><br>**Suntrust Bank**<br>**PO Box 85160**<br>**Richmond, VA 23285** | | J | **PERSONAL DEBT:overdraft account** | | | | 1,591.27 |
| Account No. **none**<br><br>**Suzanne Kreiser**<br>**1720 St. Marks Church Road**<br>**Burlington, NC 27215** | | J | **8/2008**<br>**BUSINESS EXPENSE: curtain purchase** | | | | 900.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **6** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **4,151.27**

Total (Report on Summary of Schedules)    **233,061.74**