(9/1/2009)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | |
|---|---|
| In re:<br>    ALAN HENRY JOHNSTON<br>    LARK RAMSAY JOHNSTON<br>            Debtor(s)<br>SSN(1) XXX-XX-3688   SSN(2) XXX-XX-2154 | Case No. 10-11230<br>Judge Benjamin A. Kahn |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Anita Jo Kinlaw Troxler, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/01/2010.

2) The plan was confirmed on 09/27/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 07/10/2015.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $60,750.00 |
| Less amount refunded to debtor | $550.00 |
| **NET RECEIPTS:** | **$60,200.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,365.75 |
| Other | $69.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$6,434.75** |

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANTA BANK CORP | Unsecured | 7,424.00 | 8,042.56 | 8,042.56 | 1,424.21 | 0.00 |
| ALAMANCE CO CLERK OF SUPERIOR | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ALAMANCE COUNTY TAX | Secured | 868.32 | 1,379.71 | NA | 0.00 | 0.00 |
| ALAMANCE REGIONAL MED CNTR | Unsecured | 925.37 | 925.37 | 925.37 | 163.87 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 1,128.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS BANK FSB | Unsecured | 20,770.00 | 20,770.33 | 20,770.33 | 3,678.09 | 0.00 |
| AMERICAN EXPRESS BANK FSB | Unsecured | 11,287.08 | 1,128.08 | 1,128.08 | 199.77 | 0.00 |
| AMERICAN EXPRESS CENTURION | Unsecured | 15,450.00 | 15,292.98 | 15,292.98 | 2,708.14 | 0.00 |
| AT&T | Unsecured | 493.50 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 26,808.00 | NA | NA | 0.00 | 0.00 |
| CAROLINA PARENTING | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 1,855.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | 13,802.00 | 14,924.34 | 14,924.34 | 2,642.87 | 0.00 |
| CITI | Unsecured | 13,569.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 13,569.00 | NA | NA | 0.00 | 0.00 |
| DUKE ENERGY CAROLINAS | Unsecured | 503.89 | 1,080.21 | 1,080.21 | 191.29 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 6,778.00 | 6,632.45 | 6,632.45 | 1,174.50 | 0.00 |
| EMPLOYMENT SECURITY COMMISS | Priority | NA | NA | NA | 0.00 | 0.00 |
| FEDERAL NATIONAL MORTGAGE AS | Secured | 172,960.00 | 170,082.86 | 0.00 | 0.00 | 0.00 |
| FIRE SALON | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FIRST DATA MERCHANT SERVICES | Unsecured | 1,311.00 | NA | NA | 0.00 | 0.00 |
| FIRST POINT RESOURCES | Priority | NA | NA | NA | 0.00 | 0.00 |
| G KECK LIMITED PARTNERSHIP | Unsecured | 62,137.05 | 62,137.05 | 103,007.77 | 18,241.02 | 0.00 |
| GILLIAM COBLE & MOSER | Unsecured | 10,983.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | NA | NA | 0.00 | 0.00 |
| KARI COFFEE | Secured | 9,800.00 | 9,800.00 | 9,800.00 | 9,800.00 | 954.78 |
| KECK CO INC | Secured | 16,600.00 | NA | NA | 0.00 | 0.00 |
| MID CAROLINA BANK | Unsecured | 3,415.58 | NA | NA | 0.00 | 0.00 |
| MIDCAROLINA BANK | Unsecured | 5,100.00 | 5,913.20 | 5,913.20 | 1,047.13 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 10,159.00 | 10,237.54 | 10,237.54 | 1,812.90 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | Unsecured | 4,874.00 | 4,769.65 | 4,769.65 | 844.63 | 0.00 |
| MUZAK | Unsecured | 2,400.00 | NA | NA | 0.00 | 0.00 |
| N C DEPARTMENT OF REVENUE | Priority | 2,000.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT LLC | Unsecured | 5,006.00 | 4,903.10 | 4,903.10 | 868.25 | 0.00 |
| SELF HELP CREDIT UNION | Secured | 5,574.27 | 6,123.26 | 5,757.30 | 5,757.30 | 619.00 |
| SELF HELP CREDIT UNION | Secured | NA | NA | NA | 0.00 | 0.00 |
| SPA SUBLIME INC 401K PROFIT SHAI | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| SUNTRUST | Unsecured | 1,660.00 | NA | NA | 0.00 | 0.00 |
| SUNTRUST BANK | Unsecured | 1,591.27 | 1,596.07 | 1,596.07 | 282.64 | 0.00 |
| SUZANNE KREISER | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| VANDA LLC | Unsecured | 2,267.00 | 3,129.45 | 3,129.45 | 554.17 | 0.00 |
| VT INC AS TRUSTEE FOR | Unsecured | NA | 4,521.46 | 4,521.46 | 800.69 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,800.00 | $9,800.00 | $954.78 |
| All Other Secured | $5,757.30 | $5,757.30 | $619.00 |
| **TOTAL SECURED:** | **$15,557.30** | **$15,557.30** | **$1,573.78** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$206,874.56** | **$36,634.17** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,434.75 |
| Disbursements to Creditors | $53,765.25 |
| **TOTAL DISBURSEMENTS :** | **$60,200.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/12/2015                              By: /s/ Anita Jo Kinlaw Troxler
                                                                         Trustee

xc  ALAN HENRY JOHNSTON
    LARK RAMSAY JOHNSTON
    U.S. BANKRUPTCY ADMIN
    SHERRI LYNN HAMLETT ESQ
    P O DRAWER 59
    BURLINGTON, NC 27216

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.